# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

RYAN UNTERKIRCHER and )
CATHERINE UNTERKIRCHER, )
Husband and Wife, )
)
              Plaintiffs, )
)
v. )     Case No. CIV-21-897-D
)
STATE FARM FIRE AND CASUALTY )
COMPANY, a foreign for-profit )
corporation, )
              Defendant. )

## ORDER

Before the Court is Plaintiffs' Unopposed Motion to Remand to State Court. [Doc. No. 57]. In their complaint, Plaintiffs asserted two causes of action against Defendant: 1) breach of contract; and 2) breach of the duty of good faith and fair dealing. As a result of pretrial rulings, only the breach of contract claim remains.

Upon review of the instant motion, it appears to a legal certainty that Plaintiff cannot recover at least $75,000 on their breach of contract claim. *See Watson v. Blankinship*, 20 F.3d 383, 386 (10th Cir. 1994).

**IT IS THEREFORE ORDERED** that Plaintiff's Unopposed Motion to Remand to State Court [Doc. No. 57] is **GRANTED.** The case is **REMANDED** to the District Court of Oklahoma County, Oklahoma.

2

**IT IS SO ORDERED** this 1st day of February, 2023.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge